UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JACOB MILLNER,

        Plaintiff,                        Case No. 2:18-cv-11071-DPH-MKM

v.                                              Hon. Denise Page Hood

CAPITAL ONE BANK (USA), N.A.      Mag. Judge Mona K. Majzoub

        Defendant.

_____/

## **ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties and Federal Rule of Civil Procedure 41,

It is **ORDERED** that the case is **DISMISSED** with prejudice and without costs to any party.

Dated: 3/8/2019                                          s/Denise Page Hood
                                                           DENISE PAGE HOOD
                                                           Judge, U.S. District Court

2

*We hereby stipulate to entry of the above order*:

/s/ *Erin L. Hoffman*
Erin L. Hoffman (MN 0387835)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, MN 55402
Telephone: 612-766-7000
Facsimile: 612-766-1600
Email: erin.hoffman@faegrebd.com

and

Ryan G. Milligan (P81435)
FAEGRE BAKER DANIELS LLP
311 S. Wacker Dr., Suite 4300
Chicago, IL 60606
Telephone: 312-212-6500
Facsimile: 312-212-6501
Email: ryan.milligan@faegrebd.com

*Counsel for Defendant*

*/s/ Jordan Z. Weiss* (with consent)
Jordan Z. Weiss (P74097)
JORDAN Z. WEISS, PLLC
32000 Northwestern Highway, Suite 275
Farmington Hills, MI 48334
Telephone: (248) 932-3500
Email: Jordan@jzwesq.com

and

Alyson J. Dykes
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
Telephone: 657-500-4317
Facsimile: 657-227-0270
Email: alysond@jlohman.com

*Counsel for Plaintiff*

2